1 PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
2 MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
3 DeCARLO, CONNOR & SHANLEY
A Professional Corporation
4 533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706      NOTE: CHANGES MADE BY
5 Telephone: 213/488-4100                THE COURT
Telecopier: 213/488-4180
6
7 ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE PARTITIONS INSTALLATION, INC., a California corporation, also known as ACTIVE PARTITION INSTALLATION, INC.; PHILLIP ANTHONY SUTHERLAND, an individual, also known as PHILLIP SUTHERLAND; SURETY COMPANY OF THE PACIFIC, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. EDCV 08-01806 VAP (AGRx)<br><br><br>[~~PROPOSED~~] JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

1  have judgment against defendants, ACTIVE PARTITIONS INSTALLATION,
2  INC., a California corporation, also known as ACTIVE PARTITION
3  INSTALLATION, INC., a California corporation and PHILLIP ANTHONY
4  SUTHERLAND, an individual, also known as PHILLIP SUTHERLAND, in the
5  amount of $38,695.59, plus interest from March 15, 2010 through September 9,
6  2010 at the rate of 10%, accruing at the rate of $10.75 $10.60[1] per day in the
7  amount of $2,053.65 $1,897.40[2], plus attorneys fees in the amount of $3,044.95
8  $3,035.58[3], for a total of $43,794.19 $43,628.57, plus costs.

DATE:  October 25, 2010

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

---

[1] An annual interest rate of 10% divided by 365 days per year yields a daily interest rate of approximately 0.02739%. Multiplying the daily interest rate (0.02739%) by the specified principal ($38,695.59) yields daily interest in the amount of $10.60.

[2] There are 179 days from March 15, 2010, through September 9, 2010. Multiplying 179 days by $10.60 per day (i.e., the daily interest amount) yields a total interest in the amount of $1897.40.

[3] Plaintiff proposes attorneys fees calculated pursuant to Local Rule 55-3. The Court finds this amount reasonable. To calculate the amount under the Local Rule for a judgment between $10,000.01 and $50,000.00, Plaintiff may receive $1,200.00 plus 6% of the amount over $10,000.00. See Local R. 55-3. The judgment here–principal plus accrued interest–is for $40,592.99. Accordingly, attorneys fees under Local Rule 55-3 are the sum of $1,200 plus 6% of $30,592.98, for a total of $3,035.58.