1  CASEY JENSEN, Bar No. 263593
   cjensen@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5
6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> ACTIVE PARTITIONS INSTALLATION, INC., a California corporation, also known as ACTIVE PARTITION INSTALLATION, INC.; PHILLIP ANTHONY SUTHERLAND, an individual, also known as PHILLIP SUTHERLAND; SURETY COMPANY OF THE PACIFIC, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 08-1806 VAP(AGRx) <br><br> [PROPOSED] RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, ACTIVE PARTITIONS INSTALLATION, INC., a California corporation, also known as ACTIVE PARTITION INSTALLATION, INC., and PHILLIP ANTHONY SUTHERLAND, an individual, also known as

PHILLIP SUTHERLAND, ("DEFENDANTS") having judgment entered against them on October 28, 2010.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $41,223.56 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| | a. | Principal | $ | 38,695.59 |
| | b. | Judgment interest | $ | 1,897.40 |
| | c. | Costs | $ | 0.00 |
| | d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 3,035.58 |
| Subtotal (Judgment as entered) | | | $ | 43,628.57 |
| | a. | Total Judgment | $ | 43,628.57 |
| | b. | Credit received | $ | 3,224.91 |
| | c. | Interest after judgment computed from October 4, 2010 through May 28, 2020 at 0.22% ($0.25 per day) | $ | 819.90 |

////

////

////

////

2

|   |     |                    |                |
|---|-----|--------------------|----------------|
| 1 | d.  | Subtotal ............................................................................. | $ 41,223.56 |
| 2 | e.  | Costs after judgment ........................................................ | $     0.00  |
| 3 | Total Renewed Judgment ............................................................... | | $ 41,223.56 |

DATED: 6/04/2020

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
  CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

3


## PROOF OF SERVICE (By Mail)
### (USDC Case No. CV 08-1806 VAP(AGRx))
### (Carpenters v. Active Partitions Installation, etc.,)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On May 28, 2020, I served a copy of the foregoing document, described as:
**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendants, addressed as follows:**

Active Partitions Installation, Inc., a
California corporation, aka Active Partition
Installation, Inc.,
541 N. Main Street, Suite 104
Corona, California 92880

Phillip Anthony Sutherland, an individual
aka Phillip Sutherland
(home address redacted)
Corona, California 92882

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]   (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on May 28, 2020, at Los Angeles, California.**

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*(signature)*
Lucy J. Moure-Pasco